IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                Case No.:  14-cv-522-wmc

$58,300.00 U.S. CURRENCY,

Defendant.

ORDER OF DEFAULT JUDGMENT

The United States of America, by its attorney, John W. Vaudreuil, United States

Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United

States Attorney, filed a Verified Complaint of Forfeiture *in rem* against the defendant

$58,300.00 U.S. currency.

The complaint alleged that the defendant currency was furnished or intended to

be furnished in exchange for a controlled substance, was proceeds traceable to such an

exchange, or was money used or intended to be used to facilitate a violation of Title II of

the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*. As such, these funds are subject to

forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Notice of this action was accomplished by personal service to all persons known

by the government to have an interest in the defendant currency.  Notice of the

forfeiture complaint was also published on the official internet government forfeiture

site www.forfeiture.gov from August 29, 2014, through September 27, 2014.  The notices

required that any claimant file a claim in this action.

On October 21, 2014, Jeri Lee Nelson and James L. Nelson withdrew their

answer. No other claim, answer, or other responsive pleadings have been filed pursuant

to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and

Asset Forfeiture Actions.

The United States of America has made application to this Court for a default

judgment to be entered,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.      The Default Judgment of Forfeiture is hereby entered whereby all right,

title, and interest in the defendant $58,300.00 U.S. currency, is conveyed to the Plaintiff,

United States of America.

2.      The United States Marshal for the Western District of Wisconsin is

directed to dispose of the defendant currency in accordance with federal law.

DATED: _November 17, 2014_.

BY THE COURT:

_____
WILLIAM M. CONLEY
United States District Judge

Entered this _19th_ day of November 2014.

_____
PETER OPPENEER, Clerk of Court
United States District Court

2